```
nFri Sep 22 15:54:07 2006

   UNITED STATES DISTRICT COURT

   DENVER            , CO

Receipt No.    100 271158
Cashier         sabrina

Check Number:  4587

DO Code    Div No
 4613        1

Sub Acct Type Tender      Amount
1:510000  N     2         190.00
2:086900  N     2          60.00
3:086400  N     2         100.00

Total Amount         $    350.00

KILLMER LANE NEWMAN

06-CV-1893, FILING OF NEW COMPLAINT, SQ
```