UNITED STATES DISTRICT COURT
for the DISTRICT OF COLORADO
Civil Action Number: 06-CV-01893-RPM-CBS

---

LEO REFUERZO,

                                                Plaintiff(s),

vs

JASON GALLEGOS, in his individual and official capacity,
JAMES D. HINRICHS, in his individual and official capacity,

                                                Defendant(s).

---

**RETURN OF SERVICE ON JAMES D. HINRICHS**

---

      I, Deborha G. Tafoya, being duly sworn, say: that I am over the age of eighteen years and I am not a party to this action and that I duly service a true and correct copy of the Summons, together with the Complaint attached thereto, to the Defendant, JAMES D. HINRICHS by handing and delivering to JAMES D. HINRICHS, personally, at his usual place of business, at the Adams County Jail, at 150 North 19th Avenue, in the City of Brighton, County of Adams, State of Colorado, on the 3rd day of October, 2006, at 5:53pm. James D. Hinrichs being over the age of eighteen years.

STATE OF COLORADO    )
                                )ss.
COUNTY OF ARAPAHOE  )

                                          Deborha G. Tafoya
                                          Private Process Server

Subscribed and sworn to before me this 8th day of October, 2006.
My commission expires October 12, 2008.

                                          Notary Public      Jessica M. Romero

Fees $59.05