UNITED STATES DISTRICT COURT
for the DISTRICT OF COLORADO
Civil Action Number: 06-CV-01893-RPM-CBS

**LEO REFUERZO,**

Plaintiff(s),

vs

**JASON GALLEGOS, in his individual and official capacity,**
**JAMES D. HINRICHS, in his individual and official capacity,**

Defendant(s).

## RETURN OF SERVICE ON JASON GALLEGOS

I, Deborha G. Tafoya, being duly sworn, say: that I am over the age of eighteen years and I am not a party to this action and that I duly service a true and correct copy of the Summons, together with the Complaint attached thereto, to the Defendant, JASON GALLEGOS by handing and delivering to CAYCEE ARMSTRONG, personally, Community Service Specialist for Adams County Sheriff Headquarters, accepting on behalf of JASON GALLEGOS, at 332 North 19th Avenue, in the City of Brighton, County of Adams, State of Colorado, on the 5th day of October, 2006, at 3:11pm. Caycee Armstrong being over the age of eighteen years.

STATE OF COLORADO     )
                      )ss.
COUNTY OF ARAPAHOE    )

Deborha G. Tafoya
Private Process Server

Subscribed and sworn to before me this 8th day of October, 2006.
My commission expires October 12, 2008.

Notary Public     Jessica M. Romero

Fees $76.37