**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 06 CV 01893 – RPM – CBS

LEO REFUERZO,
    Plaintiff,

v.

JASON GALLEGOS, in his individual and official capacity,
JAMES D. HINRICHS, in his individual and official capacity,
    Defendants.

---

## ANSWER

---

Defendants Jason Gallegos and James D. Hinrichs, by and through their attorneys, Hal B. Warren, Adams County Attorney, Lawrence Lee, Assistant County Attorney and Heidi M. Miller, Assistant County Attorney, for their Answer to Plaintiff's Complaint state as follows:

### INTRODUCTION

1.    Defendants deny the allegations contained in paragraph 1 of Plaintiff's Complaint.

### JURISDICTION & VENUE

2.    Defendants admit that jurisdiction is proper in this Court. Defendants deny the remaining allegations contained in paragraph 2 of Plaintiff's Complaint and specifically deny any allegations regarding "Mr. Howard," whose identity is unknown.

3.    Defendants admit the allegations contained in paragraph 3 of Plaintiff's Complaint.

## PARTIES

4. Based upon information and belief, Defendants admit the allegations contained in paragraph 4 of Plaintiff's Complaint.

5. For their response to paragraph 5 of Plaintiff's Complaint, Defendants admit that at the time of the alleged incident they were employed by the Adams County Sheriff's Office and were acting within the course and scope of their employment. Defendants deny the remaining allegations contained in paragraph 5 of Plaintiff's Complaint.

## FACTUAL BACKGROUND

6. Defendants admit the allegations contained in paragraph 6 of Plaintiff's Complaint.

7. For their response to paragraph 7 of Plaintiff's Complaint, Defendants admit that on the date in question, Plaintiff was observed with a weapon or firearm that appeared to be a rifle and was later identified as an air rifle. Defendants are without sufficient information or knowledge to know the truthfulness of the remaining allegations contained in paragraph 7 of Plaintiff's Complaint and therefore deny the same.

8. For their response to paragraph 8 of Plaintiff's Complaint, Defendants admit that Deputy Gallegos drew his gun and ordered Plaintiff to drop his weapon and lay down on the ground. Defendants are without sufficient information or knowledge to know the truthfulness of the remaining allegations contained in paragraph 8 of Plaintiff's Complaint and therefore deny the same.

9. Defendants admit the allegations contained in paragraph 9 of Plaintiff's Complaint.

880518

10. Defendants admit the allegations contained in paragraph 10 of Plaintiff's Complaint.

11. Defendants deny the allegations contained in paragraph 11 of Plaintiff's Complaint.

12. Defendants deny the allegations contained in paragraph 12 of Plaintiff's Complaint.

13. Defendants are without sufficient information or knowledge to know the truthfulness of the allegations contained in paragraph 13 of Plaintiff's Complaint and therefore deny the same.

14. For their response to paragraph 14 of Plaintiff's Complaint, Defendants admit that Deputy Gallegos retained possession of the air rifle and advised Plaintiff that he could retrieve his property from the Sheriff's Office if he produced an orange safety cap that identified the gun as a toy.

15. Based upon information and belief, Defendants admit the allegation that Plaintiff went to the Adams County Sheriff's Office to retrieve his air rifle. Defendants are without sufficient information or knowledge to know the truthfulness of the remaining allegations contained in paragraph 15 of Plaintiff's Complaint and therefore deny the same.

16. For their response to paragraph 16 of Plaintiff's Complaint, Defendants admit that Deputy Hinrichs issued Plaintiff a summons and complaint for disorderly conduct. Defendants deny the remaining allegations contained in paragraph 16 of Plaintiff's Complaint.

17. Based upon information and belief, Defendants admit the allegations contained in paragraph 17 of Plaintiff's Complaint.

18. Defendants deny the allegations contained in paragraph 18 of Plaintiff's Complaint.

19. Defendants deny the allegations contained in paragraph 19 of Plaintiff's Complaint.

20. Defendants deny the allegations contained in paragraph 20 of Plaintiff's Complaint.

### FIRST CLAIM FOR RELIEF
(§ 1983 Fourth Amendment Violation – Unlawful Search
Defendant Gallegos only)

21. For their response to paragraph 21 of Plaintiff's Complaint, Defendants incorporate their responses to paragraphs 1-20 above.

22. Defendants deny the allegations contained in paragraphs 22, 23, and 24 of Plaintiff's Complaint.

### SECOND CLAIM FOR RELIEF
(§ 1983 Fourth Amendment Violation – Unlawful Seizure
Defendant Gallegos only)

23. For their response to paragraph 25 of Plaintiff's Complaint, Defendants incorporate their responses to paragraphs 1-24 above.

24. Defendants deny the allegations contained in paragraphs 26, 27, and 28 of Plaintiff's Complaint.

### THIRD CLAIM FOR RELIEF
(§ 1983 First Amendment Violation – Retaliation for Exercise of Free Speech
Defendant Hinrichs only)

25. For their response to paragraph 29 of Plaintiff's Complaint, Defendants incorporate their responses to paragraphs 1-28 above.

26. Defendants deny the allegations contained in paragraphs 30, 31, 32, 33, 34, 35, 36, and 37 of Plaintiff's Complaint.

27. Defendants deny all allegations not specifically admitted above.

### **AFFIRMATIVE DEFENSES**

1. Plaintiff's Complaint fails to state a claim upon which relief can be granted.

2. Defendants in their individual capacity are entitled to qualified immunity.

3. Plaintiff has failed to mitigate his damages, if any.

4. Plaintiff assumed the risk of his alleged injuries.

5. The actions of Defendants were reasonable and necessary.

6. Plaintiff's rights under the United States Constitution were not violated, and Plaintiff was afforded all of the rights, privileges and immunities granted by the United States Constitution.

7. Any injuries, damages and losses sustained by Plaintiff, if any, were a direct result of Plaintiff's own conduct and fault, including but not limited to his own negligence and/or misconduct, which bars or reduces any claimed injuries, damages or losses.

8. The conduct of Defendants at all relevant times was lawful, justified, privileged and/or made in good faith.

880518

9. Plaintiff's claims may be barred by collateral estoppel or res judicata.

10. Defendants may be entitled to the defense of self-defense, and that of law enforcement officers to take reasonable steps to take a person into custody.

11. If Plaintiff's claims for alleged violations of civil rights is found to be frivolous, groundless and/or baseless, Defendants are entitled to recover their attorney's fees and costs necessitated by the defense of this claim pursuant to 42 U.S.C. § 1988 and/or C.R.S. § 13-17-201.

12. Defendants reserve the right to amend their Answer to include additional defenses as investigation and discovery continue.

**WHEREFORE**, having fully responded to Plaintiff's Complaint and having asserted affirmative defenses, Defendants request that Plaintiff's Complaint be dismissed with prejudice, that judgment be entered in favor of Defendants, for costs and attorneys fees, and for any other relief that the Court deems proper under the circumstances.

Dated this 23rd day of October 2006.

    s/Heidi M. Miller
    Heidi M. Miller
    Assistant County Attorney
    Adams County Attorney's Office
    450 S. 4th Avenue
    Brighton, CO  80601
    303-654-6116
    hmiller@co.adams.co.us
    kvis@co.adams.co.us
    Attorneys for Defendants
    Jason Gallegos and James D. Hinrichs

## CERTIFICATE OF SERVICE

  I hereby certify that on October 23, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

David A. Lane – dlane@killmerlane.com

            s/Heidi M. Miller
             Heidi M. Miller
             Assistant County Attorney
             Adams County Attorney's Office
             450 S. 4th Avenue
             Brighton, CO  80601
             303-654-6116
             hmiller@co.adams.co.us
             kvis@co.adams.co.us
             Attorneys for Defendants
             Jason Gallegos and James D. Hinrichs