**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date: November 30, 2006
Courtroom Deputy: J. Chris Smith
ECR Technician: Kathy Terasaki
_____

Civil Action No. 06-cv-01893-RPM

LEO REFUERZO,                                                                    Marcel Krystek

     Plaintiff,

v.

JASON GALLEGOS, in his individual and official capacity,        Lawrence Lee
JAMES D. HINRICHS, in his individual and official capacity,

     Defendants.
_____

**COURTROOM MINUTES**
_____

**Scheduling Conference**

**3:24 p.m.      Court in session.**

Court reviews proposed scheduling order and counsel answer questions.

Discussion regarding case facts and claims.

Mr. Krystek states plaintiff contends officers were acting under color of their authority but are not being sued in their official capacity and all claims are individual claims.

Counsel agree the alleged weapon was a toy plastic bb-gun, there was nothing unlawful about it and no color requirement ordinance.
Mr. Lee states defendants contend it initially was perceived to be a real weapon.
Mr. Krystek states there is no deprivation/seizure of property claim.

Mr. Krystek states the individual with plaintiff was Dan Mansfield and name and address will be provided.

Discussion regarding state criminal disorderly conduct case.
Counsel state D.A. dismissed the state case and Mr. Lee states officer does not recall the basis for the citation.

Mr. Krystek stipulates no a problem with officers stopping to inquire.
Mr. Krystek states there is a police report and there are no physical injury and economic claims.

Mr. Lee agrees to request and provide internal affairs files and to submit a proposed protective order in accordance with the local rules.

Court states its order of reference procedure.

**ORDERED:    Scheduling order approved.**

**3:39 p.m.      Court in recess.**  Hearing concluded.  Total time 15min.