### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01893-RPM

LEO REFUERZO,

    Plaintiff,

v.

JASON GALLEGOS, in his individual and official capacity,
JAMES D. HINRICHS, in his individual and official capacity,
_____

### UNOPPOSED MOTION TO AMEND SCHEDULING ORDER
_____

Defendants, through their attorneys, Hal B. Warren, Adams County Attorney, Lawrence Lee and Heidi M. Miller, Assistant County Attorneys, move the Court to amend the Scheduling Order, Sections 7b and 7c and state the following:

**CERTIFICATE OF COMPLIANCE UNDER D.C.COLO.L.Civ.R. 6.1 and 7.1A**

Counsel for Defendants has conferred with Plaintiff's counsel who indicates no objection to this motion. All parties have been advised by their respective counsel of this Motion to Amend Scheduling Order

    1.    On November 30, 2006, the Court approved the parties' proposed Scheduling Order.

2. Under section 7b of the Scheduling Order, the discovery cut-off is June 29, 2007.

3. Based on recent evidence elicited from discovery, both parties will need additional time to conduct further depositions and written discovery.

4. The parties seek an additional sixty (60) days to extend the original discovery cut-off date of June 29, 2007.

5. The parties also request the Court to extend the dispositive motion deadline of July 31, 2007 under section 7c of the Scheduling Order an additional sixty (60) days.

6. The Court granting this Unopposed Motion to Amend Scheduling Order does not affect judicial economy or other deadlines contained in the Court's Scheduling Order.

7. No trial date is presently scheduled at this time.

WHEREFORE, Defendants request this Court grant the Motion to Amend Scheduling Order and extend the discovery cut-off deadline to August 31, 2007 and the dispositive motion deadline to September 30, 2007.

Dated this 25th day of June, 2007.

        Respectfully submitted:
        HAL B. WARREN
        ADAMS COUNTY ATTORNEY
        s/Lawrence Lee
        Lawrence Lee
        Heidi M. Miller
        Assistant County Attorneys
        Adams County Attorney's Office
        450 S. 4th Avenue
        Brighton, CO  80601
        303-654-6116
        llee@co.adams.co.us
        hmiller@co.adams.co.us
        Attorneys for Defendants

## CERTIFICATE OF SERVICE

  I hereby certify that on June 25, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

David A. Lane – dlane@killmerlane.com

              s/Lawrence Lee
              Lawrence Lee
              Heidi M. Miller
              Assistant County Attorneys
              Adams County Attorney's Office
              450 S. 4th Avenue
              Brighton, CO  80601
              303-654-6116
              llee@co.adams.co.us
              hmiller@co.adams.co.us
              kvis@co.adams.co.us
              Attorneys for Defendants