IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 06-cv-01893-RPM

LEO REFUERZO,

        Plaintiff,

v.

JASON GALLEGOS, in his individual and official capacity,
JAMES D. HINRICHS, in his individual and official capacity,

        Defendants.

_____

ORDER AMENDING SCHEDULING ORDER
_____

    Upon consideration of Defendants' Unopposed Motion to Amend Scheduling Order (Doc. #9), filed on June 25, 2007, it is

    ORDERED that the motion is granted. The discovery cut-off deadline is extended to August 31, 2007, and the dispositive motion deadline is extended to September 30, 2007.

    DATED: June 26th, 2007

                            BY THE COURT:

                            s/Richard P. Matsch
                            _____
                            Richard P. Matsch, Senior Judge