**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 06 CV 01893 – RPM – CBS

LEO REFUERZO,
    Plaintiff,

v.

JASON GALLEGOS, in his individual and official capacity,
JAMES D. HINRICHS, in his individual and official capacity,
    Defendants.

---

### MOTION TO WITHDRAW LAWRENCE LEE AS COUNSEL OF RECORD
_____

Hal B. Warren, County Attorney and Heidi M. Miller, Assistant County Attorney respectfully move this Court to withdraw Lawrence Lee as counsel of record in the above captioned matter, and state as follows:

1. As of July 4, 2007, Lawrence Lee is no longer associated with the Adams County Attorney's Office.

2. Notice to Plaintiff and all counsel of record pursuant to D.C.Colo.LCivR 83.3(D) is attached hereto.

3. The Adams County Attorney's Office through Heidi M. Miller will continue to represent Defendants.

WHEREFORE, Hal B. Warren and Heidi M. Miller respectfully request that this Court withdraw Lawrence Lee as counsel of record in this case.

1067490 1

Dated this 10th day of October, 2007.

          Respectfully submitted,
          HAL B. WARREN
          COUNTY ATTORNEY

          s/Heidi M. Miller
            Heidi M. Miller
            Assistant County Attorney
            Adams County Attorney's Office
            450 S. 4th Avenue
            Brighton, CO  80601
            303-654-6116
            hmiller@co.adams.co.us
            kvis@co.adams.co.us
            Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

David A. Lane – dlane@killmerlane.com

          s/Heidi M. Miller
            Heidi M. Miller
            Assistant County Attorney
            Adams County Attorney's Office
            450 S. 4th Avenue
            Brighton, CO  80601
            303-654-6116
            hmiller@co.adams.co.us
            kvis@co.adams.co.us
            Attorney for Defendants