## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 06 CV 01893 – RPM – CBS

LEO REFUERZO,
    Plaintiff,

v.

JASON GALLEGOS, in his individual and official capacity,
JAMES D. HINRICHS, in his individual and official capacity,
    Defendants.

### NOTICE OF WITHDRAWAL OF LAWRENCE LEE AS COUNSEL OF RECORD
_____

    Pursuant to D.C.Colo.LCivR 83.3(D), notice is hereby given that as of July 4, 2007, Lawrence Lee is no longer associated with the Adams County Attorney's Office and Hal B. Warren, County Attorney and Heidi M. Miller, Assistant County Attorney, have moved this Court to withdraw Lawrence Lee as counsel of record.

    You are hereby notified that Hal B. Warren and Heidi Miller have entered their appearance and will continue to represent the Defendants in this matter.

1067505               1

Dated this 10th day of October, 2007.

                Respectfully submitted,
                HAL B. WARREN
                COUNTY ATTORNEY

                s/Heidi M. Miller
                Heidi M. Miller
                Assistant County Attorney
                Adams County Attorney's Office
                450 S. 4th Avenue
                Brighton, CO  80601
                Phone:  303-654-6116
                Fax:  303-654-6114
                hmiller@co.adams.co.us
                kvis@co.adams.co.us
                Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

David A. Lane – dlane@killmerlane.com

                s/Heidi M. Miller
                  Heidi M. Miller
                  Assistant County Attorney
                  Adams County Attorney's Office
                  450 S. 4th Avenue
                  Brighton, CO  80601
                  303-654-6116
                  hmiller@co.adams.co.us
                  kvis@co.adams.co.us
                  Attorney for Defendants