## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 06 CV 01893 – RPM – CBS

LEO REFUERZO,
    Plaintiff,

v.

JASON GALLEGOS, in his individual and official capacity,
JAMES D. HINRICHS, in his individual and official capacity,
    Defendants.
_____

### ENTRY OF APPEARANCE
_____

    Dana N. Mumey, Assistant County Attorney, hereby enters her appearance on behalf of all Defendants.

    Dated this 10th day of October, 2007.

                                    Respectfully submitted,
                                    HAL B. WARREN
                                    COUNTY ATTORNEY

                                    s/Dana N. Mumey
                                    Dana N. Mumey
                                    Heidi M. Miller
                                    Assistant County Attorneys
                                    Adams County Attorney's Office
                                    450 S. 4th Avenue
                                    Brighton, CO  80601
                                    Phone:  303-654-6116
                                    Fax:  303-654-6114
                                    dmumey@co.adams.co.us
                                    hmiller@co.adams.co.us
                                    Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

David A. Lane – dlane@killmerlane.com

> s/Dana N. Mumey
> Dana N. Mumey
> Heidi M. Miller
> Assistant County Attorneys
> Adams County Attorney's Office
> 450 S. 4th Avenue
> Brighton, CO  80601
> Phone:  303-654-6116
> Fax:  303-654-6114
> dmumey@co.adams.co.us
> hmiller@co.adams.co.us
> Attorneys for Defendants