IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 06-cv-01893-RPM

LEO REFUERZO,

    Plaintiff,

v.

JASON GALLEGOS, in his individual and official capacity,
JAMES D. HINRICHS, in his individual and official capacity,

    Defendants.

_____

ORDER GRANTING MOTION TO WITHDRAW
_____

    This matter having come before the Court on the motion of Hal B. Warren and Heidi M. Miller, Assistant County Attorneys, to withdraw Lawrence Lee as counsel of record, filed October 10, 2007 [12], and the entry of appearance of Dana N. Mumey, filed October 10, 2007 [13], on behalf all defendants and the Court being fully advised, it is

    ORDERED that the motion is granted and Lawrence Lee is relieved of any further responsibilities in this matter.

    DATED : October 11th, 2007

                                BY THE COURT:

                                s/ Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior Judge