**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:                      February 29, 2008
Courtroom Deputy:   J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 06-cv-01893-RPM

LEO REFUERZO,                                              David A. Lane

        Plaintiff,

v.

JASON GALLEGOS, in his individual and official capacity, and     Dana N. Mumey
JAMES D. HINRICHS, in his individual and official capacity,

        Defendants.

_____

**COURTROOM MINUTES**
_____

**Calendar Call**

**8:01 a.m.        Court in session.**

Joint Status Statement submitted.

Counsel agree to dismiss with prejudice defendant James D. Hinrichs and will file it in writing.

**ORDERED:     Three day jury trial scheduled September 15, 2008.**
**Proposed pretrial order to be submitted directly to chambers by 4:00 p.m.**
**August 14, 2008 in paper format directly to chambers.**

**8:05 a.m.        Court in recess.**

Hearing concluded.  Total time: 04 min.