IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 06-cv-01893-RPM

LEO REFUERZO,

    Plaintiff,

v.

JASON GALLEGOS, in his individual and official capacity,
JAMES D. HINRICHS, in his individual and official capacity,

    Defendants.
_____

ORDER SETTING TRIAL DATE
_____

    Pursuant to the calendar call today, it is

    ORDERED that this matter is set for trial to jury on **September 15, 2008, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**

    DATED : February 29, 2008

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior Judge