**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-01893-RPM

LEO REFUERZO,

      Plaintiff,

v.

JASON GALLEGOS, in his individual and official capacity,
JAMES D. HINRICHS, in his individual and official capacity,

      Defendants.

_____

**UNOPPOSED MOTION TO SCHEDULE SETTLEMENT CONFERENCE**
_____

      Plaintiff, by and through his counsel, David A. Lane of KILLMER, LANE, & NEWMAN, LLP, hereby files the following Unopposed Motion to Schedule Settlement Conference.  As grounds for this Motion, Plaintiffs state the following:

      1.      The Parties have been unsuccessful in reaching settlement in this case.

      2.      The Parties have exchanged written discovery, and conducted depositions of major witnesses.  Discovery is now complete.

      3.      The Parties feel that a settlement conference may be beneficial.

      4.      Plaintiff's counsel has conferred with opposing counsel, Dana N. Mumey, and certifies that opposing counsel has no objection to the relief sought by this Motion.

      5.      Accordingly, the Parties respectfully request that a Settlement Conference be set for a time mutually convenient to all parties.

      WHEREFORE, it is respectfully requested that this Court grant this Motion and for any other relief that this Court deems just and proper.

Respectfully submitted this 23rd day of July, 2008.

KILLMER, LANE & NEWMAN, LLP

s/ David A. Lane

David A. Lane, Reg. No. 16422
1543 Champa St., Suite 400
Denver, Colorado 80202
(303) 571-1000
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of July, 2008, a true and correct copy of the foregoing **UNOPPOSED MOTION TO SCHEDULE SETTLEMENT CONFERENCE** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Dana N. Mumey
Heidi M. Miller
Assistant County Attorneys
Adams County Attorney's Office
450 S. 4th Avenue
Brighton, CO 80601
Phone: 303-654-6116
Fax: 303-654-6114
dmumey@co.adams.co.us
hmiller@co.adams.co.us
Attorneys for Defendants

s/ David A. Lane

2