IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 06-cv-01893-RPM-CBS

LEO REFUERZO,

    Plaintiff,

v.

JASON GALLEGOS, in his individual and official capacity,
JAMES D. HINRICHS, in his individual and official capacity,

    Defendants.
_____

ORDER OF REFERENCE FOR SETTLEMENT CONFERENCE
_____

    Pursuant to the Unopposed Motion to Schedule Settlement Conference filed on July 23, 2008, it is

    ORDERED that this civil action is referred to United States Magistrate Judge Craig B. Shaffer for the purpose of convening a settlement conference and such other procedures as the Magistrate Judge may deem appropriate for facilitating settlement of this case.

    DATED : July 24th 2008

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior Judge