# MINUTE ENTRY FOR SETTLEMENT CONFERENCE

TO:     Docketing

DATE:   August 22, 2008

FROM:   Craig B. Shaffer
        U.S. Magistrate Judge

SUBJECT:  Case No. 06-cv-01893-~~RMP~~ RPM-CBS

Case Name: *Refuerzo v. Gallegos, et al.*

__X__   A Settlement Conference was held on this date and no settlement was reached as to the claims brought in this action.

_____  A Settlement Conference was held on this date and a settlement was reached as to the claims the claims in this action. The parties are to file a stipulated motion to dismiss with prejudice with Judge _____ on or before _____, 2008

Settlement Conference and preparation time involved  4  hours  30  minutes.

Settlement Conference concluded:   (Yes)   No    (Circle One) 

cc:  Judge Matsch