# MINUTE ENTRY FOR SETTLEMENT CONFERENCE

TO:   Docketing

DATE:   September 2, 2008

FROM:   Craig B. Shaffer
U.S. Magistrate Judge

---

SUBJECT:   Case No. 06-cv-01893-RPM-CBS

Case Name: *Refuerzo v. Gallegos*

__X__   A Settlement Conference was held on this date and no settlement was reached as to the claims brought in this action.

_____   A Settlement Conference was held on this date and a settlement was reached as to the claims the claims in this action. The parties are to file a stipulated motion to dismiss with prejudice with Judge ____ on or before ____, 2008

Settlement Conference and preparation time involved __0__ hours __30__ minutes.

Settlement Conference concluded:   (Yes)   No   (Circle One)


cc:   Judge Matsch