**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-01893-RPM

LEO REFUERZO,

    Plaintiff,

v.

JASON GALLEGOS, in his individual and official capacity,

    Defendant.

---

**STIPULATED MOTION TO DISMISS WITH PREJUDICE**

---

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Leo Refuerzo ("Plaintiff") and Defendant Jason Gallegos, ("Defendant"), through their undersigned counsel, hereby stipulate that the above-captioned action be dismissed with prejudice, each party to pay its own costs and attorney fees. As grounds for this Stipulated Dismissal, the parties submit to the Court that the entire matter between them has been fully compromised and settled, and there remain no issues for judicial determination.

WHEREFORE, Plaintiff and Defendant request that the Court enter an Order dismissing the above-captioned action in its entirety, with prejudice, each party to bear its own costs and attorney fees.

Respectfully submitted this 10th day of September 2008.

| s/ Qusair Mohamedbhai | s/ Dana N. Mumey |
|---|---|
| Qusair Mohamedbhai | Dana N. Mumey |
| KILLMER, LANE & NEWMAN, LLP | Adams County Attorney's Office |
| 1543 Champa Street, Suite 400 | 450 S. 4th Avenue |
| Denver, CO 80202 | Brighton, CO 80601 |
| (303) 571-1000 | (303) 654-6116 |
| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of September, 2008, a true and correct copy of the foregoing **STIPULATED MOTION TO DISMISS WITH PREJUDICE** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Dana N. Mumey
Heidi M. Miller
Assistant County Attorneys
Adams County Attorney's Office
450 S. 4th Avenue
Brighton, CO 80601
Phone: 303-654-6116
Fax: 303-654-6114
dmumey@co.adams.co.us
hmiller@co.adams.co.us
Attorneys for Defendants

s/ Qusair Mohamedbhai

2