IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01893-RPM

LEO REFUERZO,

 Plaintiff,

v.

JASON GALLEGOS, in his individual and official capacity,

 Defendant.

## ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE

THE COURT, having reviewed the Parties' Stipulated Motion for Dismissal with Prejudice, and being fully advised of the premises therein,

HEREBY ORDERS that the Stipulated Motion is Granted. This matter is dismissed in its entirety, with prejudice.

THE COURT FURTHER orders that each party shall bear its own costs and attorney fees.

DONE IN COURT this ____ day of _____, 2008.

               BY THE COURT:

               _____
               U.S. District Court Judge