**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-01893-RPM

LEO REFUERZO,

       Plaintiff,

v.

JASON GALLEGOS, in his individual and official capacity,

       Defendant.

_____

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**
_____

**THE COURT**, having reviewed the Parties' Stipulated Motion for Dismissal with Prejudice, and being fully advised of the premises therein,

**HEREBY ORDERS** that the Stipulated Motion is Granted. This matter is dismissed in its entirety, with prejudice.

**THE COURT FURTHER** orders that each party shall bear its own costs and attorney fees.

**DONE this 11th day of September, 2008.**

       **BY THE COURT:**

       **s/Richard P. Matsch**

       _____
       **U.S. District Court Judge**